# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sarah Anne Spencer**<br>DOB: 1987; U.S. Citizen; SSN: xxx-xx-0497 | DOCKET NO.<br>**11-04685M**<br><br>MAGISTRATE'S CASE NO. |

FILED ___ LODGED ___
RECEIVED ___ COPY ___
MAR -7 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Complaint for violation of Title 21    United States Code § 841(a)(1) & 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 4, 2011, at or near Elfrida, in the District of Arizona, **Sarah Anne Spencer**, did knowingly and intentionally possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 78 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 4, 2011, at approximately 6:36 pm., Sarah Anne SPENCER was stopped by a Cochise County Sheriffs Deputy for crossing the fog line three times and the center double yellow line once, both traffic violations. SPENCER was the driver and sole occupant of a 1993 Ford ¾ ton pick-up truck. When the Deputy ordered SPENCER to roll down the window, he smelled the strong unmistakable odor of fresh cut marijuana coming from the inside passenger compartment of the vehicle. The Deputy searched the vehicle and a total of seven bundles of marijuana were discovered in the vehicle. Four bundles were discovered behind the driver's and passenger seat where the rear seat cushion had been removed. The four bundles were covered with a bed sheet with clothing placed on top of the bed sheet. Three more bundles were discovered in a large, silver in color, tool box mounted in the bed of the pick-up truck. The bundles contained a green leafy substance that later field tested positive for marijuana. The total weight of the seven bundles was approximately 78 kilograms.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Request detention<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Cassell/kc<br>AUTHORIZED BY: AUSA _____ | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>SA |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 7, 2011 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54